UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| TOM GARDNER, | ) | Case No. CV-11-3058-LRS |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER STIPULATION |
| vs. | ) | OF DISMISSAL WITH PREJUDICE |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based on the stipulation of the parties,

IT IS HEREBY ORDERED that the above captioned action is dismissed with prejudice. Each party to bear their own attorneys fees and costs.

Dated: September 20, 2011.

*s/Lonny R. Suko*
_____
Hon. Lonny R. Suko
United States District Judge